# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2265
LT Case No. 2023-35425-COCI

———————————————————

JEREMIAH REDING,

    Appellant,

    v.

CITY OF PORT ORANGE, FLORIDA,

    Appellee.

———————————————————

On appeal from the County Court for Volusia County.
Wesley Heidt, Judge.

Jeremiah Reding, Port Orange, pro se.

Carly R. Meek, Assistant City Attorney for the City of Port Orange, for Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____